No. 81–1891. MORRISON-KNUDSEN CONSTRUCTION CO. ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION

PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. D. C. Cir. Motions of American Insurance Association, Alliance of American Insurers et al., and National Association of Stevedores for leave to file briefs as *amici curiae* granted. Certiorari granted. 